**UNITED STATES DISTRICT COURT
ESTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| DONALD C. FALLER, Jr.<br><br>    Plaintiff,<br><br>  vs.<br><br>FLUOR CORPORATION, AND "DOES 1 THROUGH 10, INCLUSIVE,"<br><br>    Defendants. | **NO.  CV-11-359-RHW**<br><br>**PLAINTIFF'S COMPLAINT FOR DAMAGES** |

Plaintiff, Donald C. Faller, Jr., complains and alleges against Defendant Fluor Corporation and Does 1 through 10, as follows:

### I.  JURISDICTION

1.1    This action involves claims for personal injury based on tort under the laws of Washington State.

1.2    Defendant Fluor Corporation is believed to be a Texas corporation that transacts business in Eastern Washington. The site of the conduct at issue was the jobsite of the 2007-REC (Renewable Energy Corporation) Moses Lake Expansion Project. Defendant Fluor was the general contractor on the project.

COMPLAINT FOR DAMAGES
PAGE 1 OF 4

**SCOTT, KINNEY, FJELSTAD & MACK**
600 UNIVERSITY, SUITE 1928
SEATTLE, WA 98101-4178
TEL: (206) 622-2200
FAX: (206) 622-9671

1.3   Plaintiff Donald Faller was a resident of New York State at all time material to this complaint.  At the time of injury Mr. Faller was employed by Haskell Corporation, a subcontractor on the building project.

1.4   Jurisdiction is vested in this court by virtue of diversity of citizenship under 28 U.S.C. §1332(a).  The plaintiff and defendant are citizens of different states, and the amount in controversy exceeds $75,000.  The court has ancillary jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. §1367(a).

## II.   FACTS

2.1   Plaintiff Donald Faller, an employee of Haskell Corporation, was severely injured on December 6, 2008, while working as a pipefitter on the 2007-REC (Renewable Energy Corporation) Moses Lake Expansion Project.  He was working on the top of a silo.  There was no scaffolding or secure footing over the silo top, so he had to stand on the sloped silo roof itself.  It was slippery, he fell, and hurt his shoulder when he caught himself to keep from falling off.  Defendant Fluor was the general contractor on the project, and at all times was in control of the jobsite.  Fluor had a nondelegable duty to keep the jobsite safe for all workers. Fluor and Does 1 through 10 failed to provide a safe working surface for plaintiff, failed to eliminate the hazard posed by the slick, sloped surface, failed to warn the plaintiff of the danger, failed to adopt and/or enforce an adequate site specific safety plan, and generally failed exercise reasonable care and failed to maintain a safe jobsite under the common law, statutes and regulations of the State of Washington.

//

//

COMPLAINT FOR DAMAGES
PAGE 2 OF 4

**SCOTT, KINNEY, FJELSTAD & MACK**
600 UNIVERSITY, SUITE 1928
SEATTLE, WA 98101-4178
TEL: (206) 622-2200
FAX: (206) 622-9671

## III. CAUSE OF ACTION

3.1     As a direct and proximate cause of the defendants' negligence, as alleged above, plaintiff Donald Faller has suffered severe personal injuries necessitating past and future medical treatment, in an amount to be proven at the time of trial.

3.2     As a direct and proximate cause of the defendants' negligence, as alleged above, plaintiff Donald Faller has undergone severe pain, suffering, disfigurement and mental anguish, and will continue to suffer pain and mental anguish and a permanent disability in the future, all to his general damage in an amount to be proven at the time of trial.

3.3     As a direct and proximate cause of the defendants' negligence, as alleged above, plaintiff Donald Faller has incurred loss of earnings and impairment of his earning capacity, all to his general damage in an amount to be proven at the time of trial.

## IV. PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against the defendants as follows:

1. For past and future medical special damages;
2. For loss of earnings and impairment of earning capacity;
3. For general damages;
4. Reasonable attorneys' fees and costs; and
5. Such further relief as may be appropriate.

DATED October 4, 2011.

SCOTT, KINNEY, FJELSTAD & MACK

s/Jay C. Kinney
State Bar Number 14053
Scott, Kinney, Fjelstad & Mack
600 University, #1928
Seattle, WA 98101-4178

COMPLAINT FOR DAMAGES
PAGE 3 OF 4

**SCOTT, KINNEY, FJELSTAD & MACK**
600 UNIVERSITY, SUITE 1928
SEATTLE, WA 98101-4178
TEL: (206) 622-2200
FAX: (206) 622-9671

1  
2  
    206-622-2200  
    fax: 206-622-9671  
    e-mail: kinney@skf-law.com  
    Attorneys for Plaintiff  

3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  

| COMPLAINT FOR DAMAGES<br>PAGE 4 OF 4 | **SCOTT, KINNEY, FJELSTAD & MACK**<br>600 UNIVERSITY, SUITE 1928<br>SEATTLE, WA 98101-4178<br>TEL: (206) 622-2200<br>FAX: (206) 622-9671 |
|---|---|