1  Gregory G. Wallace, WSBA No. 29029
2  LAW OFFICE OF WILLIAM J. O'BRIEN
   800 Fifth Avenue, Suite 3810
3  Seattle, WA 98104
4  Email: gregory.wallace@zurichna.com
   Ph: 206-515-4800
5

6

7

8
                UNITED STATES DISTRICT COURT FOR
9              THE EASTERN DISTRICT OF WASHINGTON
10                         AT SPOKANE

11 | DONALD C. FALLER, JR.,            | NO. 11-CV-359-RHW
12 |                                   |
13 |              Plaintiffs,          | STIPULATED MOTION FOR
   |        v.                         | ORDER OF DISMISSAL
14 |                                   |
15 | FLUOR CORPORATION, REC            |
   | SOLAR GRADE SILICON LLC,          | 07/15/2013
16 | IMCO GENERAL CONSTRUCTION,        | Without Oral Argument
17 | INC., AND "DOES 1 THROUGH 10,     |
   | INCLUSIVE,"                       |
18 |                                   |
19 |              Defendants.          |

20

21     Plaintiff Donald C. Faller, Jr. and Defendants Fluor Corporation, Rec
22 Solar Grade Silicon LLC, and IMCO General Construction, Inc. have
23 compromised and settled all claims of the plaintiff. Defendants request that
24 their Summary Judgment set for July 5, 13 be stricken. By and through their
25

STIPULATION FOR ORDER OF DISMISSAL - 1    LAW OFFICE OF WILLIAM J. O'BRIEN
                                          800 Fifth AVENUE, SUITE 3810
                                          SEATTLE, WA  98104
                                          TELEPHONE  (206) 515-4800/FAX  (206) 515-4848

attorneys of record, the parties hereby stipulate to dismissing all claims in this case with prejudice and without costs to any party.

DATED this 11th day of June, 2013.

| SCOTT, KINNEY, FJELSTAD & MARK | LAW OFFICE OF WILLIAM J. O'BRIEN |
|---|---|
| By: _____<br>Jay C. Kinney, WSBA No. 14053<br>Attorneys for Plaintiff | By: _____<br>Gregory G. Wallace, WSBA 29029<br>Attorneys for Defendants |

STIPULATION FOR ORDER OF DISMISSAL - 2

**DECLARATION OF SERVICE**

I declare under penalty of perjury under the laws of the state of Washington that a true and accurate copy of the STIPULATED MOTION FOR ORDER OF DISMISSAL and PROPOSED ORDER FOR DISMISSAL was served upon designated counsel of record and/or party herein, in the manner indicated:

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **COUNSEL FOR PLAINTIFF FALLER:**<br>Jay C. Kinney<br>SCOTT, KINNEY, FJELSTAD & MACK<br>600 University Street, Suite 1928<br>Seattle WA 98101-4178 | ☐ Via U.S. Mail<br>☐ Via ABC<br>☐ Via Facsimile<br>☐ Via Overnight Mail<br>☒ By CM/ECF |
| **COUNSEL FOR NON-PARTY BRAND SCAFFOLD SERVICES, LLC**<br>Suzanne Kelly Michael<br>Matthew J. Macario<br>MICHAEL & ALEXANDER<br>701 Pike Street, Suite 1150<br>Seattle, WA 98101 | ☐ Via U.S. Mail<br>☐ Via ABC<br>☐ Via Facsimile<br>☐ Via Overnight Mail<br>☒ By CM/ECF |

DATED this 13TH day of June, 2013.

LAW OFFICE OF WILLIAM J. O'BRIEN

/s/ Sheela Schlorer

_____
Law Office of William J. O'Brien
800 Fifth Avenue, Suite 3810
Seattle, WA 98104
Telephone: 206-515-4800/Fax: 206-515-4848
E-mail: sheela.schlorer@zurichna.com

STIPULATION FOR ORDER OF DISMISSAL - 3

Law Office of William J. O'Brien
800 Fifth Avenue, Suite 3810
Seattle, WA 98104
Telephone (206) 515-4800/Fax (206) 515-4848