UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD C. FALLER,<br><br>    Plaintiff,<br><br>    v.<br><br>FLUOR CORPORATION, REC SOLAR GRADE SILICON LLC, IMCO GENERAL CONSTRUCTION, INC., AND, "DOES 1 THROUGH 10, INCLUSIVE,"<br><br>    Defendants. | No.  CV-11-0359-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal, ECF No. 38, heard without oral argument. Upon stipulation of all counsel that the above-captioned matter has been resolved, the Court finds there is good cause for the dismissal and **grants** the motion. Plaintiff's complaint is **dismissed,** with prejudice, and without costs to any party.

///

///

///

///

///

**ORDER GRANTING STIPULATED MOTION
FOR ORDER OF DISMISSAL \* 1**

q:\rhw\acivil\2011\faller\order dismissal.docx

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order of Dismissal, ECF No. 38, is **GRANTED.**

2. Plaintiff's complaint is **DISMISSED**, with prejudice, and each party shall pay its own costs and attorney's fees.

3. All pending motions, including Defendants' Motion for Summary Judgment of Dismissal, ECF No. 32, are **DENIED,** as moot. Also, all hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE** the file.

**DATED** this 19th day of June, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION
FOR ORDER OF DISMISSAL * 2**

q:\rhw\acivil\2011\faller\order dismissal.docx